**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1370

BRENDA L. MUTCHERSON,

             Plaintiff - Appellant,

      v.

CARE CORE NATIONAL,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Richard Mark Gergel, District
Judge.  (9:12-cv-00833-RMG)

Submitted:  August 28, 2014        Decided:  September 2, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brenda  L.  Mutcherson,  Appellant  Pro  Se.    Lucille  Lattimore
Nelson, Eric Campbell Schweitzer, OGLETREE DEAKINS NASH SMOAK &
STEWART, PC, Charleston , South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda L. Mutcherson appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendant in Mutcherson's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mutcherson v. Care Core Nat'l</u>, No. 9:12-cv-00833-RMG (D.S.C. Mar. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>